**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Thomas Davis v. Discount Tire Co. of Texas, Inc., Dill Air Controls Products, LLC and Bridgestone Americas Tire Operation LLC

Appellate case number:    01-12-00187-CV

Trial court case number:    2010-14448

Trial court:               80th District Court of Harris County

Appellant has filed a motion for rehearing asserting that the trial court has issued an order entitling him to a free record in the above-captioned appeal. The Court requests a response from the appellees. Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response. The response must be received in the clerk's office or filed in accordance with this court's rules on efiling no later than **5:00 p.m., 10 days from the date of this order**. *See* TEX. R. APP. P. 2, 9.2(b), 49.2.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Michael Massengale</u>
                      ☑ Acting individually     ☐ Acting for the Court

Date: October 24, 2012